No. 81–271.  CALIFORNIA EX REL. COOPER, CITY ATTORNEY OF SANTA ANA, CALIFORNIA *v.* MITCHELL BROTHERS' SANTA ANA THEATER ET AL., 454 U. S. 90.  Motion for leave to file petition for rehearing denied.

APRIL 6, 1982

No. 81–1592.  TRAVELERS EXPRESS CO., INC. *v.* MINNESOTA ET AL.  C. A. 8th Cir.  Certiorari dismissed under this Court's Rule 53.

APRIL 9, 1982

No. 81–6213.  IN RE ARTWAY.  Petition for writ of mandamus dismissed under this Court's Rule 53.

APRIL 19, 1982

No. 81–1729.  NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL. *v.* CITY OF NEW YORK ET AL.  C. A. 2d Cir.  Certiorari dismissed under this Court's Rule 53.

No. 81–1594.  RAFTER *v.* HIGGINS ET AL.  Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–1621.  BILFORD ET AL. *v.* FLORIDA.  Appeal from Sup. Ct. Fla. dismissed for want of jurisdiction.